FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-14-00092-CV

**IN THE INTEREST OF A.E., JR., ET AL., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00722
Honorable Charles E. Montemayor, Judge Presiding

**O R D E R**

 This is an accelerated appeal of the trial court's order terminating appellants' parental rights. The reporter's record was originally due on February 17, 2014. Mr. David R. Zarate, who is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, has not filed either the record or a Notification of Late Record.

 Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2). Although we understand there are competing demands on a court reporter's time, these demands do not constitute extraordinary circumstances and cannot justify lengthy delays in filing the record and potential prejudice to appellants' rights.

 We therefore ORDER Mr. Zarate to file the record **by March 19, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.**

 We also ORDER the Clerk of this Court to serve a copy of this order on the trial court. *See* TEX. R. APP. P. 28.4(b)(1); 35.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court